IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDY McCORMICK,

          Petitioner,

    v.

GARRETT LANEY, Superintendent,
Oregon State Correctional Institution,

          Respondent.

Case No. 6:17-cv-02051-AC

ORDER

ACOSTA, Magistrate Judge.

       IT IS ORDERED that respondent's Unopposed Motion to Dismiss (Mootness) (ECF No. 24) is GRANTED. Petitioner's August 20, 2020, release from prison to community supervision mooted his challenge to the Oregon Board of Parole and Post-Prison Release's February 2016 decision denying him release on parole at that time, and petitioner does not oppose respondent's motion. Accordingly, this action is DISMISSED with prejudice.

       IT IS SO ORDERED.

       DATED this 21st day of October, 2020.

                          /s/ John V. Acosta
                          John V. Acosta
                          United States Magistrate Judge

1 - ORDER